# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Monica Mary Margaret Talbot

Plaintiff(s),

vs.

IRS

Defendant(s).

RECEIVED
MAR 1 2 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Case No. 25-cv-930-JRT/DJF
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐   NO ☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff
   
   Name: Monica Mary Margaret Talbot
   
   Street Address: 12024 Florida Ave N Champlin, MN 55316
   
   County, City
   
   State & Zip Code
   
   Telephone Number: 763-777-1776 / or / 763-306-4444

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name

      Street Address

      County, City

      State & Zip Code

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [✓] Federal Question      [✓] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.


5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                          State of Citizenship:

    Defendant No. 1:                         State of Citizenship:

    Defendant No. 2:                         State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [ ] Defendant(s) reside in Minnesota   [ ] Facts alleged below primarily occurred in Minnesota
    [✗] Other: explain  Taxes

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. The IRS is withholding my Tax Refund because they Need the reciept of Mailing - Before it Can be Released. The Refund amount is $9955.⁰⁰ The IRS claims I did Not Mail my Return In time. I have up to ptd date for 3 years when owed a Refund to file. I am Qualified under ADA. & a disability. I also Have a College Degree In accounting. & was aware of when it needed to be sent in, so that the Refund would be Issued for Tax year 2018 - the state of MN issued my Refund & did Not Question the Mailing date, However. — The IRS did & has held up the Refund I am ~~owed~~ Rightfully Owed

---

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.  Could Not attach because No printer available — I have cash $ to pay for but Law Library is closed.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I am asking the Court to please allow Me to Submit the Mailing Reciept to show I did Mail/Send ~~In~~ the Tax Return on the date Necessary for my 2018 tax Return to Be Accepted. Furthermore to consider my disabilities, and Reasons for it to have Not been filed Sooner being my home was Broken into. & the People who did so were looking for the title to vehicle which had been stolen from me — and 2003 V Rod HD ~~and~~ which Caused the difficulties & delay

Signed this 3/12/25 day of _____

Signature of Plaintiff /s/ *[signature]*

Mailing Address Monica Talbot
12024 Florida Ave N
Champlin MN 55316

Telephone Number

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5